```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

IYAD ALNAZLI,                    :

    Petitioner,              :

v.                               :
                                       CIVIL ACTION 06-0738-WS-M

ALBERTO GONZALES,                :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,         :

    Respondents.             :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 6th day of March, 2007.

                                                  <u>s/WILLIAM H. STEELE</u>
                                                  UNITED STATES DISTRICT JUDGE